IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE THIRD BULL & CO.,

Plaintiff,

v.

FERADYNE OUTDOORS, LLC, AND COVERT SCOUTING CAMERAS, LLC,

Defendants.

Case No. 3:25-cv-00438-AMB

**DEFENDANTS FERADYNE OUTDOORS, LLC AND COVERT SCOUTING CAMERAS, LLC'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants FeraDyne Outdoors, LLC and Covert Scouting Cameras, LLC (collectively, "Defendants") hereby move for a Court Order granting their Motion to Transfer this action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a). This motion is based upon the pleadings, all of the files, records, and proceedings herein, and Defendants' accompanying Memorandum of Law.

Dated at Madison, Wisconsin, this 3rd day of July, 2025.

von BRIESEN & ROPER, S.C.
Attorneys for Defendants

By: */s/ Michael P. Crooks*
Michael P. Crooks
State Bar No. 01008918
10 East Doty Street, Suite 900
Madison, WI 53703
(608) 287-3926
michael.crooks@vonbriesen.com

WINTHROP & WEINSTINE, P.A.
Peter G. Economou *Pro Hac Vice to be Filed*
Eleanor M. Borden *Pro Hac Vice to be Filed*
225 S. 6th Street
Suite 3500
Minneapolis, MN 55402
612-604-6442

peconomou@wintrop.com
eborden@winthrop.com